1 **CAROL ANN MOSES #164193**
Attorney at Law
2 545 East Alluvial, Suite 112
Fresno, California 93720
3 Telephone (559) 449-9069
Facsimile (559) 449-9016
4

5 Attorney for Defendant, JUSTIN WOLFSON

6

7

8                         UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES GOVERNMENT,        )      CASE NO. 6:07-mj-00176-WMW
                                    )
12          Plaintiff,               )
                                    )      STIPULATION TO VACATE
13                                  )      PLEA & SENTENCING HEARING
                                    )      AND SET TRIAL DATE
14 vs                               )
                                    )
15 JUSTIN WOLFSON,                  )
                                    )
16          Defendant.               )
   _____ )
17 _____ )

18      IT IS HEREBY STIPULATED by and between the Defendant, JUSTIN WOLFSON, his

19 Attorney of record, Carol Ann Moses, and the Legal Officer for the National Park Service,

20 ELIZABETH WALDOW, that the Plea and Sentencing hearing currently set for January 15,

21 2008, be vacated and the matter be set for Trial on May 7, 2008.

22 Dated:   12/21/07                         By: /s/ Carol Ann Moses
                                                  CAROL ANN MOSES
23                                                Attorney for Defendant
                                                  JUSTIN WOLFSON
24 Dated:   12/21/07
                                             By: /s/ Elizabeth Waldow
25                                                Elizabeth Waldow
                                                  Legal Officer for
26                                                United States Government

27

28

* * *PROPOSED ORDER * * *

The Court, having reviewed the above request to vacate the Plea and Sentencing Hearing currently set for January 15, 2008, and set the matter for trial on May 7, 2008, HEREBY ORDERS AS FOLLOWS:

1. The Plea and Sentencing hearing for Defendant, JUSTIN WOLFSON, is hereby vacated and the matter is set for trial on May 7, 2008.

IT IS SO ORDERED.

Dated:   **January 16, 2008**             /s/  **William M. Wunderlich**
                                   UNITED STATES MAGISTRATE JUDGE